IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ARTHUR M. DANSBURY, et al., :
:
    Plaintiffs, :
v. : 3:12-CV-00391
: (JUDGE MARIANI)
EOG RESOURCES, INC., :
:
    Defendant. :

## ORDER

**AND NOW, THIS 29TH DAY OF JANUARY, 2014**, upon consideration of Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint (Doc. 52), **IT IS HEREBY ORDERED THAT** such Motion is **GRANTED IN PART AND DENIED IN PART**, to wit:

1. The references to the original and First Revised Unit Designations are **STRICKEN** from Count II;

2. Count VI is **WITHDRAWN** by request of the Plaintiffs; and

3. With the exception of the modifications ordered above, the Third Amended Complaint **SHALL CONSTITUTE** the operative and final Complaint in this action. No further amendments will be permitted without leave of court.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge